UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 13 AM 9:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. |
| Plaintiff, | '08 MJ 2503 |
| v. | COMPLAINT FOR VIOLATION OF |
| Jorge TEMICH-Vargas, | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **August 12, 2008** within the Southern District of California, defendant, **Jorge TEMICH-Vargas,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **13th** DAY OF **AUGUST 2008.**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jorge TEMICH-Vargas

## PROBABLE CAUSE STATEMENT

On August 12, 2008, at approximately 7:00 A.M., Border Patrol dispatch advised agents via service radio of a citizen report of a possible undocumented alien on his property. His property is located in an area near Lower Barrett Bridge (this area is approximately three miles west of the Tecate, California, Port of Entry and four miles north of the International Border between Mexico and the United States). While performing line watch operations, Border Patrol Agent A. Matos, responded to the area, and after a brief search found an individual hiding in some brush in an attempt to conceal himself. Due to the close proximity to the United States / Mexico International Boundary Fence and due to the fact that this area is frequently used by undocumented aliens to further their entry into the United States, Agent Matos identified himself as a Border Patrol Agent, and conducted an immigration inspection. The subject later identified as the defendant **Jorge TEMICH-Vargas** admitted to being a citizen and national of Mexico illegally in the United States, and did not possess any documents that would allow him to legally enter or remain in the United States. Agent Matos arrested the defendant and transported him to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on August 7, 2008 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States.